**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Tomas Tixi Roldan,** | |
| **Plaintiff,** | **1:25-cv-08757 (DEH) (SDA)** |
| **-against-** | **ORDER** |
| **All Time Roofing Contractor Inc. and Bryan Mizhirumbay,** | |
| **Defendants.** | |

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference yesterday, at which Plaintiff and Defendant Bryan Mizhirumbay appeared, it is hereby Ordered as follows:

1.  The deadline for Defendants to respond to the Complaint is adjourned until January 20, 2026, *nunc pro tunc*.

2.  No later than January 2, 2026, Plaintiff shall file a letter regarding the status of this action, including the status of the parties' efforts to reach a consensual resolution.

A copy of this Order will be emailed by Chambers to Defendant Mizhirumbay at bryanmizhirumbay32@gmail.com.

**SO ORDERED.**

Dated:      New York, New York
               December 4, 2025

_____
STEWART D. AARON
United States Magistrate Judge